UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BOBBY FORD,<br><br>    Plaintiff,<br><br>    v.<br><br>S.D. GODINEZ, DONALD GAETZ, REDNOUR, K. DEEN, COUNSELOR STAFFEY, BRETT A. KLINDWORTH, MARCUS A. MYERS, MARC HODGE, ASST. WARDEN STORM, LT. STAFFORD, C/O WALL, JACKIE MILLER, SHERRY BENTON, C/O MCCALLISTER and UNKNOWN PARTY CORRECTIONAL OFFICERS,<br><br>    Defendants. | Case No. 12-cv-1282-JPG-PMF |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that the following claims are dismissed with prejudice:

- **Count 7:** a claim against defendants S.D. Godinez, Donald Gaetz, Rednour, K. Deen, Counselor Staffey, Marc Hodge, Asst. Warden Storm, Jackie Miller and Sherry Benton for failure to respond to grievances; and

- all claims against defendants Brett A. Klindworth, Marcus A. Myers and Lt. Stafford; and

IT IS FURTHER ORDERED AND ADJUDGED that the following claims are dismissed without prejudice:

- **Count 1:**  a Fourth Amendment excessive force claim against defendants C/O Wall, C/O McCallister and Unknown Party Correctional Officers;

- **Count 2:**  a First Amendment retaliation claim against defendants C/O Wall, C/O McCallister and Unknown Party Correctional Officers;

- **Count 3:** an Eighth Amendment deliberate indifference to medical need claim against defendant C/O Wall after a July 25, 2012, beating;

Counts 4, 5 and 6 have been severed into separate cases.

**DATED: July 16, 2013**         **NANCY J. ROSENSTENGEL, Clerk of Court**

                          **s/Jina Hoyt, Deputy Clerk**


**Approved:**   s/J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**