UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BOBBY FORD,

    Plaintiff,

    v.

S.D. GODINEZ, DONALD GAETZ, REDNOUR, K. DEEN, COUNSELOR STAFFEY, BRETT A. KLINDWORTH, MARCUS A. MYERS, MARC HODGE, ASST. WARDEN STORM, LT. STAFFORD, C/O WALL, JACKIE MILLER, SHERRY BENTON, C/O MCCALLISTER and UNKNOWN PARTY CORRECTIONAL OFFICERS,

    Defendants.

Case No. 12-cv-1282-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 52) of Magistrate Judge Philip M. Frazier recommending that the Court grant the motion for summary judgment filed by plaintiff Bobby Ford (Doc. 19) and deny motion for summary judgment filed by defendants Charles Wall and Ray McAllister (Doc. 33), both motions having to do with the affirmative defense of exhaustion of administrative remedies.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 52);

- **DENIES** the motion for summary judgment on the issue of exhaustion of administrative remedies filed by defendants Wall and McAllister (Doc. 33);

- **GRANTS** the motion for summary judgment on the issue of exhaustion of administrative remedies filed by plaintiff Ford (Doc. 19); and

- **REJECTS** the defense of exhaustion of administrative remedies for plaintiff Ford's excessive force, retaliation and deliberate indifference to medical needs claims against defendants Wall and McAllister.

**IT IS SO ORDERED.**
**DATED:   April 1, 2014**

                                             s/J. Phil Gilbert
                                             **J. PHIL GILBERT**
                                             **DISTRICT JUDGE**