UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BOBBY FORD,

    Plaintiff,

        v.

C/O WALL, C/O MCCALLISTER and UNKNOWN PARTY CORRECTIONAL OFFICERS,

    Defendants.

Case No. 12-cv-1282-JPG-PMF

**MEMORANDUM AND ORDER**

    This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 82) of Magistrate Judge Donald G. Wilkerson following an evidentiary hearing pursuant to *McCarthy v. Bronson*, 500 U.S. 136 (1991). Magistrate Judge Wilkerson recommends judgment be granted in favor of defendants C/O Wall and C/O McCallister and against plaintiff Bobby Ford.

    The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

    The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 82) and **DIRECTS** the Clerk of Court to enter judgment in favor of defendants Wall and McCallister. The Court further notes that, had any objection been filed and had the Court reviewed the matter *de novo*, it would have reached the same conclusion for the reasons stated in the Report.

The Court further **DISMISSES** Ford's claims against the Unknown Party Correctional Officers **without prejudice** pursuant to Federal Rule of Civil Procedure 4(m) for failure to timely effect service of process. The Court **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:   August 20, 2015**

                                       s/ J. Phil Gilbert
                                       **J. PHIL GILBERT**
                                       **DISTRICT JUDGE**